# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MAYFAIR GOLD CORP., | CIVIL ACTION |
| *Plaintiff*, | No. 2:24-cv-03559-SHD |
| v. | |
| PATRICK EVANS and BONNIE EVANS, | |
| *Defendants*. | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.3(b)(4), undersigned counsel hereby notices the withdrawal of his appearance on behalf of Plaintiff Mayfair Gold Corp. in this action. Plaintiff Mayfair Gold Corp. will continue to be represented in this action by John S. Summers of Hangley Aronchick Segal Pudlin & Schiller (*pro hac vice*) and by Keith L. Hendricks of Moyes Sellers & Hendricks.

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

Dated: October 14, 2025   By:   */s/Andrew Kyle Victor*
Andrew Kyle Victor (*pro hac vice*)
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 496-7061

*Attorney for Plaintiff
Mayfair Gold Corp.*

## **CERTIFICATE OF SERVICE**

I certify that on this date, October 14, 2025, I caused a true and correct copy of the foregoing Withdrawal of Appearance to be filed via the Court's Electronic Case Filing Service, where it is available for viewing and downloading by all counsel of record.

*/s/Andrew Kyle Victor*
Andrew Kyle Victor