1  Lori N. Brown (SBN: 027952)
   **GORDON REES SCULLY MANSUKHANI, LLP**
2  Two North Central Avenue Suite 2200
   Phoenix, AZ 85004
3  Telephone: (602) 794-3651
   Facsimile: (602) 265-4716
4  lbrown@grsm.com
   *Attorney for Defendant*
5

6              **IN THE UNITED STATES DISTRICT COURT**

7                 **FOR THE DISTRICT OF ARIZONA**

8

9  Mayfair Gold Corporation,              | **CASE NO. 2:24-cv-03559-SHD**
10                         Plaintiff,
11      vs.                                | **NOTICE OF WITHDRAWAL OF ATTORNEY J. WILLIAM COOK**
12
13 Patrick Evans and Jane Doe Evans, husband and wife,
14                         Defendants.
15

16
17     PLEASE TAKE NOTICE THAT Defendant Patrick Evans, hereby withdraws J.
18 William Cook as counsel of record in this action. Mr. Cook is no longer associated with
19 Gordon Rees Scully Mansukhani. Defendant will continue to be represented by Lori N.
20 Brown of Gordon Rees Scully Mansukhani.

21     Defendant respectfully requests that J. William Cook be removed from all future
22 correspondence in this matter.

23     All pleadings, orders, and notices should continue to be served upon the following
24 counsel:

25                         Lori N. Brown
26                  Gordon Rees Scully Mansukhani
                  Two North Central Avenue, Suite 2200
27                        Phoenix, AZ 85004
                          lbrown@grsm.com
28

-1-

1 | Dated this 25th day of November, 2025.

**GORDON REES SCULLY
MANSUKHANI, LLP**

By: */s/ Lori N. Brown*
     Lori N. Brown
     Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a notice of electronic filing to all counsel and parties of record.

*/s/ Jessica C. Gerblick*_____