MOYES SELLERS & HENDRICKS
Keith L. Hendricks (AZSBN: 012750)
1850 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone: (602) 604-2141
khendricks@law-msh.com
docket@law-msh.com
*Local Counsel for Mayfair Gold Corp.*

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
John S. Summers (PASBN: 41894)
jsummers@hangley.com
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mayfair Gold Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Patrick Evans and Bonnie Evans, husband and wife,<br><br>Defendants. | No.: 2:24-cv-03559-SHD<br><br>**PLAINTIFF MAYFAIR GOLD'S POST-ORAL ARGUMENT <u>SUBMISSION</u>** |

On February 18, 2026, this Court heard oral argument on Defendants' Motion to Dismiss (Doc. No. 17) and Plaintiff's Motion to Strike (Doc. No. 20). Plaintiff makes this submission to address two issues.

*First*, during oral argument, the undersigned handed up a copy of an email chain including an email sent by Defendant Patrick Evans dated February 6, 2026. A copy of this email chain is attached as Exhibit A.

*Second*, following the argument, the Court issued a text-only Order (Doc. No. 28) related to supplemental briefing. Among other things, the Order directed Defendants to

file a three-page supplemental brief (1) attaching declarations from Defendants' five identified witnesses "confirming their stated unwillingness to participate in litigation in the United States"; and (2) "confirm[ing] whether, in the event this action is dismissed in favor of litigation in Canada, they are willing to consent to an examination by Plaintiff of any relevant physical property in Arizona that is within their possession, custody, or control." Doc. No. 28. The Court additionally stated that Plaintiff "may file a supplemental [three-page] brief providing any evidence or information relevant to the availability of the identified material witnesses to participate in litigation in Arizona." *Id.* The Order directs that these briefs should be filed simultaneously by Friday, February 27, 2026. *Id.*

Plaintiff respectfully requests permission to file its supplemental brief 3 business days after Defendants' submission to allow Plaintiff to respond to Defendants' submission, including any Declarations.

Respectfully dated this 24th day of February, 2026.

>
> HANGLEY ARONCHICK SEGAL
> PUDLIN & SCHILLER
>
> */s/ John S. Summers*
> John S. Summers
> jsummers@hangley.com
> One Logan Square, 27th Floor
> Philadelphia, PA 19103-6933
> *Attorneys for Plaintiff*
>
> MOYES SELLERS & HENDRICKS
>
> */s/ Keith L. Hendricks*
> Keith L. Hendricks
> *Local Counsel*
> *Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of February, 2026 a copy of the foregoing has been served via e-mail on all counsel or record and parties as follows:

Lori N. Brown
GORDON REES SCULLY MANSUKHANI, LLP
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004
Telephone: (602) 794-3651
Facsimile: (602) 265-4716
lbrown@grsm.com

*Attorney for Defendants*

   *s/ Erin Kvist*

# Exhibit A

| | |
|---|---|
| From: | Darren McLean |
| To: | Summers, John S. |
| Subject: | Fwd: Mayfair Case against Patrick and Bonnie Evans |
| Date: | Saturday, February 7, 2026 7:41:28 AM |

**[EXTERNAL EMAIL - This message originated outside Hangley Aronchick.]**

Sent from my iPhone

Begin forwarded message:

> **From:** Kyle McLean <kmclean@haywood.com>
> **Date:** February 7, 2026 at 1:50:53 AM AST
> **To:** Darren McLean <darren@mayfairgold.ca>
> **Subject: Fw: Mayfair Case against Patrick and Bonnie Evans**
>
> Get Outlook for iOS
>
> ---
>
> **From:** Kyle McLean <kmclean@haywood.com>
> **Sent:** Friday, February 6, 2026 9:50:29 PM
> **To:** patrick evans <patrickevans@hotmail.com>
> **Subject:** Re: Mayfair Case against Patrick and Bonnie Evans
>
> Hey Patrick,
> Happy to show up if necessary. Regards, K
>
> Get Outlook for iOS
>
> ---
>
> **From:** patrick evans <patrickevans@hotmail.com>
> **Sent:** Friday, February 6, 2026 9:11:59 AM
> **To:** Kyle McLean <kmclean@haywood.com>
> **Subject:** Mayfair Case against Patrick and Bonnie Evans
>
> **WITHOUT PREJUDICE**
>
> Kyle,
>
> Since our conversation last Wednesday, I've made four attempts to reach you by telephone and have only got voice mail.
>
> Early last year my attorneys informed to the Court (and Mayfair) that I intend calling you as a witness in our defense. I'm very surprised that your brother failed

to inform you of either the case, or the fact that you are being called as a witness - amongst a number of others.

As mentioned during our telephone conversation, the Judge in the case has scheduled a pre-trial hearing on February 18, 2026 and has requested confirmation that my witnesses are prepared to appear at trial in the United States. I'm currently calling all my witnesses to get that confirmation.

As also mentioned during our conversation, you're being called to testify to the introduction in early 2023 of Muddy Waters, Alp Ercel and Dan Gold to Mayfair Gold, at the time we were planning a private placement with Chris Beer at RBIM. (You will recall our joint telephone conversation with your brother. Thankfully, I have a good record of that conversation.)

You're also being called to testify to the events of early 2024 when you sought a seat on the Mayfair Board, which Haywood would not permit, and then seeking weekly updates on third party interest in Mayfair, which was denied.

In order to prepare for the pre-trial hearing on February 18, we need confirmation that you are prepared to appear as a witness. Should we receive no response from you by the end of the day today, Friday, February 6, we will assume that you are not prepared to appear as a witness and our attorneys will inform the Judge accordingly.

Patrick

Absent the use of encryption, E-mail is not a secure medium and privacy cannot be ensured. Email is vulnerable to interception and forging. Haywood Securities Inc., its subsidiary Haywood Securities (USA) Inc. and their employees cannot ensure the privacy and authenticity of any information or instructions you send to us by E-mail. All E-mail communication is subject to delay and may from time to time be undeliverable due to technical problems. WE RECOMMEND YOU DO NOT SEND CONFIDENTIAL INFORMATION OR INSTRUCTIONS such as orders to buy or sell a security and money or security transfer requests by E-mail. Haywood Securities Inc., its subsidiary Haywood Securities (USA) Inc. and their employees will not be responsible for verification of any instructions received by E-mail or for any damages you may incur if you communicate confidential information or instructions to us by E-mail. Haywood Securities (USA) Inc. is a member of the Securities Investor Protection Corporation, as well as the Financial Industry Regulatory Authority. The firm's place of business is Suite 700 - 200

Burrard Street, Vancouver, BC, V6C 3L6, phone (604) 697-7400, facsimile (604) 697-7499.

Please click here to unsubscribe from all future email communication from Haywood Securities Inc. We will respect all unsubscribe requests. Please allow 5 business days to process your request. If you have any questions, please contact us at Haywood Securities Inc. (Head Office), 200 Burrard Street, Suite 700, Vancouver, BC, V6C 3L6. Tel: (604) 697-7100 or Toll: 1-800-663-9499.